**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SARAH KAUFFMAN**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### -o0O0o-

| | |
|---|---|
| **SARAH KAUFFMAN,** | No.    2:16-CV-02883-CMK |
| **Plaintiff,** | |
| | **STIPULATION AND  ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective

undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion

for summary judgment is extended to July 5, 2017.

This is a first extension but after the due-date under the scheduling order. The extension

is caused by plaintiff's counsel's work-schedule including federal court briefs. The stipulation

was agreed to before the Court's order to show cause issued.

Dated: June 14, 2017

/s/     *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: June 14, 2017

  */s/ per e-mail authorization*

MARGARET BRANICK-ABILLA
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of

plaintiff's time to file a motion for summary judgment brief is extended to  July 5, 2017.

SO ORDERED.


Dated: June 16, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE