PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SARAH B. KAUFFMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-02883-CMK<br><br>ORDER |

Pursuant to the Parties' Stipulation for Extension of Time, IT IS HEREBY ORDERED that Defendant has until September 8, 2017, to submit her response to Plaintiff's Motion for Summary Judgment. All other dates in the Scheduling Order shall be extended accordingly.

Dated: August 18, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER; Case No. 2:16-cv-02883-CMK