**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SARAH KAUFFMAN**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| SARAH KAUFFMAN, | No.   2:16-CV-02883-CMK |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended. Plaintiff's reply brief, filed on October 2, 2017, is considered timely.

This is a first extension of one business day caused by personal circumstances and a large number of hearings and prehearing briefs required of plaintiff's counsel in the week leading to the present due-date.

Dated: September 28, 2017                    /s/   Jesse S. Kaplan
                                             JESSE S. KAPLAN
                                             Attorney for Plaintiff


                                             PHILLIP A. TALBERT
                                             United States Attorney
                                             DEBORAH LEE STACHEL
                                             Regional Counsel, Region IX
                                             Social Security Administration

Dated: September 28, 2017                      /s/ per e-mail authorization

                                             BEN PORTER
                                             Special Assistant U.S. Attorney
                                             Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is granted. Plaintiff's reply filed on October 2, 2017, is considered timely.

SO ORDERED.

Dated: October 4, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE