IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH B. KAUFFMAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:16-CV-2883-CMK<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. On June 14, 2017, the court directed plaintiff to show cause in writing why this action should not be dismissed for plaintiff's failure to inform the court regarding consent to proceed before a Magistrate Judge. A review of the docket reflects that plaintiff has now filed her consent election form. Accordingly, the order to show cause is hereby discharged.

IT IS SO ORDERED.


DATED: January 26, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE