**JESSE S. KAPLAN   CSB# 103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**(916) 488-3030**
**(916) 489-9297 fax**

**Attorney for Plaintiff**
**SARAH B. KAUFFMAN**

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**
-o0O0o-

| | | |
|---|---|---|
| **SARAH B. KAUFFMAN,** | ) | No.   2:16-CV-02883-CMK |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. §2412(d)]** |
| **v.** | ) | |
| | ) | |
| **Nancy Berryhill, Acting COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) ) | |
| | ) | |
| **Defendant.** | ) ) | |

THE PARTIES STIPULATE through the undersigned, subject to the approval of the Court, that plaintiff be awarded attorney fees in the amount of Four Thousand Five Hundred Seventy-Tw-Dollars and twenty-eight cents ($4,572.28) under the *Equal Access to Justice Act,* 28 U.S.C. §2412(d) and that there will be no award of costs. This will represent compensation

[Pleading Title] - 1

for all legal services rendered by counsel for plaintiff in this civil action and in accordance with that statute.

Upon the Court's order, defendant will consider the assignment of those *EAJA* fees pursuant to *Astrue v. Ratliff,* 130 S.Ct. 2521, 2252-2253 (2010), considering any offsets allowed under the United States Department of Treasury's Offset Program. Fees shall be made payable to plaintiff, but if the Treasury Department determines plaintiff owes no federal debt, then the government shall pay the fees directly to Jesse S. Kaplan based on an assignment executed by plaintiff and will deliver the payment to said counsel.

This stipulation constitutes a compromise settlement of plaintiff's request for *EAJA* fees and not an admission of liability of defendant under the *EAJA*. Payment of this agreed amount shall constitute a complete release and bar of plaintiff and her counsel regarding *EAJA* fees relating to this action. This award is without prejudice to plaintiff's counsel's right to fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the *EAJA*.


Dated: July 10, 2018                    /s/  Jesse S. Kaplan

                                        JESSE S. KAPLAN
                                        Attorney for Plaintiff


Dated: July 10, 2018                    /s/ per email authorization

                                        BEN A. PORTER
                                        Special Assistant U.S. Attorney
                                        Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING from the foregoing stipulation, IT IS ORDERED that defendant pay plaintiff's attorney fees pursuant to the *EAJA* in accordance with this stipulation.

Dated: July 24, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE